Brian M. Bush (State Bar No. 294713)
BRIAN M. BUSH | Attorney at Law PC
Plaza Tower 1
600 Anton Boulevard, 11th Floor
Costa Mesa, California 92626
P: (714) 371-2120
E: brian@bush4justice.com

*Attorney for Plaintiff, Marc A. Lucero*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC A. LUCERO, an Individual, <br><br>             Plaintiff, <br><br>        v. <br><br> COUNTY OF SACRAMENTO, a Municipal Public Entity; and DOES 1-30, Inclusive, <br><br>             Defendants. | Case No. 2:22-CV-00332-TLN-CKD <br><br> **JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER; ORDER** |

TO THE HONORABLE COURT:

The Parties to this action, Plaintiff Marc Lucero ("Plaintiff"), and Defendant County of Sacramento ("Defendant", and collectively with Plaintiff, "the Parties") by and through their respective counsel of record, jointly stipulate to the following and request an Order modifying the Initial Pretrial Scheduling Order set in this case (ECF Doc. 3), as follows:

## RECITALS:

Whereas, Plaintiff filed this case on February 18, 2022, and an answer was filed by Defendant on June 6, 2022;

Whereas, the Parties have completed initial disclosures, document exchanges,

1  Plaintiff has responded to case-specific written discovery, and Plaintiff's deposition
2  is scheduled to be taken in January 17, 2023;
3      Whereas, additional necessary and specific written and deposition discovery is
4  required in order to adequately prepare this matter for trial, and due to difficult
5  scheduling circumstances the work is not likely to be completed in time to meet
6  existing deadlines;
7      Whereas, Plaintiff's counsel is a solo practitioner with three trials scheduled to
8  take place on dates directly conflicting with pending significant deadlines in this case,
9  significantly limiting counsel's ability to prepare the case for trial or provide for
10 meaningful settlement discussion;
11     Whereas, the Parties have met and conferred and agree that a modification of
12 the existing scheduling order will best serve the interests of fairness and justice in this
13 matter, and are in agreement on the proposed new dates and deadlines, set forth below;
14     Whereas, this is the first request of any kind from either Party for a modification
15 of dates and deadlines in this case; and
16     Whereas, the proposed modifications to dates and deadlines set forth below in
17 the Parties' Stipulation conform with, and match, the spacing and timing of case-
18 events in the Court's Initial Pretrial Scheduling Order.

### STIPULATION & PROPOSED MODIFIED DATES:

20     NOW THEREFORE, for good cause, counsel for the Parties hereby stipulate
21 and agree, and jointly request an Order from the Court modifying the Initial Pretrial
22 Scheduling Order as follows:

23     Modified (new) – Discovery Cutoff:    June 2, 2023
24     Expert Disclosures:    August 1, 2023
25     Supplemental Expert Disclosures:    August 31, 2023
26     Deadline for Supp. Disclosures/Responses:    October 30, 2023
27     Dispositive Motion Filing Deadline:    November 29, 2023
28     Section VII of the Initial Pretrial Scheduling Order pertaining to "Trial Setting"

shall remain unmodified except any such dates therein shall run and shall be calculated from the new discovery cutoff. All sections and instructions of the Initial Pretrial Scheduling Order (ECF Doc. 3) not specifically modified by this stipulation and order remain in force and applicable in all respects to this case.

SO STIPULATED:

DATED: January 11, 2023          **BRIAN M. BUSH** | Attorney at Law PC

By: _____
BRIAN M. BUSH
Attorney for Plaintiff, Marc A. Lucero

DATED: January 12, 2023          LONGYEAR & LAVRA, LLP

By: _____/s/ NICOLE M. CAHILL_____
NICOLE M. CAHILL
Attorneys for Defendant, County of Sacramento

///

///

///

# ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause thereon, orders the Initial Pretrial Scheduling Order MODIFIED and new dates and deadlines set in this matter, as follows:

| | |
|---|---|
| Modified (new) – Discovery Cutoff: | June 2, 2023 |
| Expert Disclosures: | August 1, 2023 |
| Supplemental Expert Disclosures: | August 31, 2023 |
| Deadline for Supp. Disclosures/Responses: | October 30, 2023 |
| Dispositive Motion Filing Deadline: | November 29, 2023 |

Section VII of the Initial Pretrial Scheduling Order pertaining to "Trial Setting" shall remain unmodified except any such dates therein shall run and shall be calculated from the new discovery cutoff. All sections and instructions in the Initial Pretrial Scheduling Order (ECF Doc. 3) not specifically modified by this stipulation and order remain in force and applicable in all respects to this case.

SO ORDERED.

Dated: January 13, 2023

Troy L. Nunley
United States District Judge